JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 498 -- In re Crozer-Chester Medical Center Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/01/21 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- pltfs. Crozer-Chester Medical Center, Pulmonary Consultants, Inc., and I Infectious Disease Associates for transfer of action w/Exhibits A thru H and cert. of svc. SUGGESTED TRANSFEREE COURT: E.D. Pennsylvania SUGGESTED TRANSFEREE JUDGE: (ds) |
| 82/02/01 | 2 | REQUEST FOR EXTENSION OF TIME -- Operating Engineers Local 324 -- DENIED   (cds) |
| 82/02/01 | | APPEARANCES -- Clunet R. Lewis for Operating Engineers Local 324 Health Care Plan; Hugh J. Hutchison for Selected Risks Insurance Co.; Michael N. Borish for Crozer-Chester Medical Center, Pulmonary Consultants, Inc. and Infectious Disease Associates   (emh) |
| ~~82/02/02~~ | | ~~SUPPLEMENTAL PROOF OF SERVICE ---- Michael L. Updike (to pleading No. 1)~~   ~~(ds)~~ |
| 82/02/03 | 3 | RESPONSE -- United States Fidelity and Guarany Co. -- w/cert. of svc.   (emh) |
| 82/02/04 | | APPEARANCE -- Charles A. Pfeffer for Detroit Automobile Inter Ins. Exchange, and Automobile Club of Michigan   (emh) |
| 82/02/02 | | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON JANUARY 22, 1982 -- setting litigation for hearing on February 25, 1982 in Wash., D.C.   (eaf) |
| 82/02/08 | 4 | RESPONSE/BRIEF -- Deft. Operating Engineers Local 324 Health Care Plan -- w/cert. of svc. (emh) |
| 82/02/11 | | APPEARANCE -- MICHAEL L. UPKIKE, ESQ. for United States Fidelity and Guaranty Co.   (ds) |
| 82/02/23 | | HEARING APPEARANCES -- MICHAEL N. BORISH, ESQ. for Crozer-Chester Medical Center, Pulmonary Consultants, Inc. and Infectious Disease Associates; SANDER LEVIN, ESQ. for Operating Engineers Local 324 Health Care Plan   (ds) |
| 82/02/23 | | WAIVERS -- United States Fidelity and Guaranty Co.   (ds) |
| 82/02/24 | 5 | RESPONSE -- Deft. Pennsylvania Litigation and U.S. Fidelity & Guaranty Co. -- w/cert. of svc. (emh) |
| 82/03/10 | | ORDER DENYING TRANSFER of litigation pursuant to 28 U.S.C. §1407. Notified involved clerk, judges & counsel.(eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 498 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
| --- | --- | --- | --- | --- | --- | --- |
| 2/25/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/10/82 | MO (denial) | | | | |

### Special Transferee Information

DATE CLOSED: 3/10/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 498 -- In re Crozer-Chester Medical Center Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Crozer-Chester Medical Center, et al. v. Selected Risks Insurance Co., et al. | E.D.Pa. Fullam | 81-4353 | | | | |
| A-2 | Crozer-Chester Medical Center, et al. v. Selected Risks Insurance Co., et al. | E.D.Mich. Pratt | 81-73934 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 498 -- In re Crozer-Chester Medical Center Litigation

---

**CROZER-CHESTER MEDICAL CENTER, ET AL. (A-1 & A-2)**
Michael N. Borish, Esquire
Tabas, Furlong & Rosen
Suite 400
1401 Walnut Street
Philadelphia, Pennsylvania 19102

**SELECTED RISKS INSURANCE CO.**
Hugh J. Hutchison, Esquire
Obermayer, Rebmann, Maxwell & Hippel
14th Floor - Packard Building
15th & Chestnut Streets
Philadelphia, Pa. 19102

**UNITED STATES FIDELITY AND GUARANTY COMPANY**
Michael L. Updike, Esq.
Davidson, Gotshall, Kohl, Secrest, Wardle, Lynch and Clark
Suite 300,
30840 Northwestern Highway
Farmington Hills, Michigan 48018

**DETROIT AUTOMOBILE INTER-INSURANCE EXCHANGE**
**AUTOMOBILE CLUB OF MICHIGAN INSURANCE GROUP**
Charles A. Pfeffer, Esquire
1001 Woodward Avenue
17th Floor, First Federal Building
Detroit, Michigan 48226

**OPERATING ENGINEERS LOCAL 324 HEALTH CARE PLAN**
Clunet R. Lewis, Esquire
Jaffe, Snider, Raitt & Heuer
1800 First National Building
Detroit, Michigan 48226

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 498 -- In re Crozer-Chester Medical Center Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Selected Risks Insurance Company | |
| United States Fidelity and Guaranty Company | |
| Detroit Automobile Inter-Insurance Exchange and Automobile Club of Michigan Insurance Club | |
| Operating Engineers Local 324 Health Care Plan | |
| | |
| | |
| | |
| | |
| | |
| | |