MAR 10 1982

PATRICIA D. ...
CLERK OF THE PANEL   3/10/82

DOCKET NO. 498

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CROZER-CHESTER MEDICAL CENTER LITIGATION

ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by the plaintiffs in the two actions listed on the attached Schedule A for transfer of the action pending in the Eastern District of Michigan to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the action pending there.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judges Roy W. Harper and Sam C. Pointer, Jr. took no part in the decision of this matter.

## Schedule A

**MDL-498 -- In re Crozer-Chester Medical Center Litigation**

Eastern District of Michigan
Crozer-Chester Medical Center, et al. v. Selected Risks Insurance Co., et al., C. A. No. 81-73934

Eastern District of Pennsylvania
Crozer-Chester Medical Center, et al. v. Selected Risks Insurance Co., et al., C. A. No. 81-4353